Leila Nourani (SBN 163336)
leila.nourani@jacksonlewis.com
Andranik Tsarukyan (SBN 258241)
andy.tsarukyan@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

Victor Jacobovitz (SBN 66297)
LAW OFFICES OF VICTOR JACOBOVITZ
3055 Wilshire Boulevard,  Suite 801
Los Angeles, CA 90010
Telephone: (213) 351-1045
Facsimile: (213) 351-1049
Jacobovitzlaw@aol.com

Attorneys for Plaintiff
ROSA E. JACINTO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA E. JACINTO,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUINOX AND DOES 1 through 50, Inclusive,<br><br>        Defendants. | CASE NO. 2:13-cv-05122-MWF-JC<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties hereto have entered into a settlement of the above-entitled action. Therefore, the parties hereby request that the case be removed from the civil active list pending completion of the settlement. The parties anticipate filing a joint stipulation for dismissal and [proposed] order for dismissal of the entire action in the above-entitled matter with prejudice on or before June 9, 2014.

I, Andranik Tsarukyan, attest under penalty of perjury under the laws of the United States of America that all other signatories listed concur in this filing's content and have authorized this filing.

DATED: April 29, 2014         JACKSON LEWIS P.C.

                              By:   /s/ Andranik Tsarukyan
                                    Leila Nourani
                                    Andranik Tsarukyan

                                    Attorneys for Defendant
                                    EQUINOX HOLDINGS, INC.

DATED: April 29, 2014         LAW OFFICES OF VICTOR JACOBOVITZ

                              By:   /s/ Victor Jacobovitz
                                    Victor Jacobovitz

                                    Attorneys for Plaintiff
                                    ROSA E. JACINTO

4828-4380-7514, v. 1