JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA E. JACINTO,<br><br>                 Plaintiff,<br><br>vs.<br><br>EQUINOX AND DOES 1 through 50,<br>Inclusive,<br><br>                 Defendants. | CASE NO. 2:13-cv-05122-MWF-JC<br><br><br>**ORDER DISMISSING THE ACTION<br>ACCORDING TO JOINT<br>STIPULATION**<br><br>(Filed concurrently with joint stipulation for<br>dismissal of action with prejudice) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**ORDER DISMISSING THE ACTION ACCORDING TO JOINT STIPULATION**

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         In light of the Joint Stipulation for Dismissal of Action with Prejudice signed by all

3   parties, the Court hereby orders that the above entitled action be dismissed with prejudice

4   in its entirety, with parties to bear their own costs and fees.

5         IT IS SO ORDERED.

6

7   Dated: May 8, 2014                    _____

8                                          Hon. Michael W. Fitzgerald
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING THE ACTION ACCORDING TO JOINT STIPULATION**